~~SEALED~~

CASE UNSEALED 6/17/13 kcm

FILED
JUN 13 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO. _____ |
|                              ) | |
|     Plaintiff,               ) | COMPLAINT FOR VIOLATION OF: |
|                              ) | |
|     v.                       ) | Title 18 U.S.C. § 2252(a)(2) - |
|                              ) | Receipt of Images of Children |
| JEREMY ANDREW SMITH,         ) | Engaged In Sexually Explicit |
|                              ) | Conduct |
|                              ) | |
|     Defendant.               ) | Title 18 U.S.C. § 2252(a)(4)(B) - |
|                              ) | Possession of Images of Minors |
|                              ) | Engaged in |
|                              ) | Sexually Explicit Conduct |

'13 MJ 2267

The undersigned Complainant, being duly sworn, states:

Count 1

On or about and between October 1, 2012 and November 8, 2012, within the Southern District of California, defendant JEREMY ANDREW SMITH did knowingly receive any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count 2

On or about November 8, 2012, within the Southern District of California, defendant JEREMY ANDREW SMITH did knowingly possess visual

depictions using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction(s) were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*
ISMAEL SELGA, Special Agent
Homeland Security Investigations

Sworn to me and subscribed in my presence this 13 day of June, 2013.

*[signature]*
BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

On September 11, 2012, Special Agents with the Department of Homeland Security, Homeland Security Investigations in El Paso, Texas identified an IP address associated with a peer-to-peer file sharing program that appeared to be associated with files containing child pornography. A summons to the internet service provider identified the subscriber of the internet service for the IP address to be Jeremy Smith at Fort Bliss, Texas. In early October, those agents viewed files available at the suspected IP address and identified files to contain visual depictions of minors engaged in sexually explicit conduct, including a video of a 10 to 11 year old minor female as she is sexually penetrated by an adult male until he ejaculates on the child's face.

On October 11, 2012, the agents in El Paso sent a lead to HSI San Diego upon learning that Jeremy Smith had moved from El Paso to San Diego, California. On October 23, 2012, HSI agents in San Diego conducted a search for a file sharing program with a GUID (a unique digital marker associated with a particular file sharing program) that matched the GUID for the program associated with the IP address identified in El Paso, Texas. HSI agents identified a new IP address associated with that GUID. A summons revealed that the subscriber of the internet service for the IP address was a woman later identified as Jeremy Smith's mother.

On October 24, 2012, agents confirmed that the new IP address had files containing child pornography available on the eDonkey network. One video showed a 9 to 10 year old female child performing oral sex on a 10 to 12 year old male.

1    A federal search warrant was executed at Jeremy Smith's residence on November 8, 2012. Agents seized electronic media including two computers, a laptop, a cell phone, an Apple iPad, and three external hard drives. A forensic analysis confirmed the presence of child pornography, including approximately 400 videos depicting minors engaged in sexually explicit conduct and 300 images of the same. I reviewed one of the videos, which was approximately 6 minutes and 31 seconds in length. It depicted a 7 to 10 year old minor female as she was fondled on her vagina by an adult male hand. The adult male then rubs the girl's vagina with a glass bottle before inserting his finger in her anus. Toward the end of the video, the adult male appears to penetrate the girl with his penis and being to have sexual intercourse. The girl appears to be in pain.

In an interview conducted at the time of the search, Jeremy Smith admitted that he downloaded child pornography using a file-sharing program. He identified the media that would contain the child pornography and stated that he "had an issue with child pornography for some time." He stated that he "needed help with his problem of looking at child pornography."

## Request for Sealing

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.