13 JUN 26 PM 3:55

M℘ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **13CR2387 JM** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 2252(a)(2) - Receipt of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Matters Containing Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253(a) and (b) - Criminal Forfeiture |
| JEREMY ANDREW SMITH, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about and between October 1, 2012 and November 8, 2012, within the Southern District of California, defendant JEREMY ANDREW SMITH, did knowingly distribute visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in

HHH:lml:San Diego
6/25/13

sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

### Count 2

On or about November 8, 2012, within the Southern District of California, defendant JEREMY ANDREW SMITH, did knowingly possess one or more matters, that is computer hard drives and computer media, containing digital and computer images which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 of this Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2253(a).

2. Upon conviction of one or more of the offenses alleged in Counts 1 and 2, which involve violations of Title 18, United States Code, Sections 2252(a)(2) and (a)(4)(B), defendant JEREMY ANDREW SMITH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all right, title and interest in:

|  |  |  |
|--|--|--|
| 1 | a. | any visual depictions described in section 2252, and |
| 2 | any matter which contains any such visual depictions; |

        a.   any visual depictions described in section 2252, and any matter which contains any such visual depictions;

        b.   any property, real or personal, constituting or traceable to gross profits of the offense; and

        c.   any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, including but not limited to the following personal property:

              i.   Any and all images of child pornography, as defined in Title 18, United States Code, Section 2256;

              ii.   Cooler Master tower computer;

              iii.   Alienware laptop;

              iv.   Seagate external USB hard drive;

              v.   Western Digital external hard drives;

              vi.   One HTC Verizon mobile cell phone; and

              vii.   One Apple iPad.

    3.   If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

        a.   cannot be located upon the exercise of due diligence;

        b.   has been transferred or sold to, or deposited with, a third party;

        c.   has been placed beyond the jurisdiction of the Court;

        d.   has been substantially diminished in value; or

        e.   has been commingled with other property which cannot be subdivided without difficulty;

//
//
//

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Sections 2253(a) and (b).

DATED: June 26, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
HELEN H. HONG
Assistant U.S. Attorney