2013 OCT 30 AM 9: 16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY ANDREW SMITH,<br>  aka kitebladier,<br><br>    Defendant. | Case No. 13CR2387-JM<br><br>I N D I C T M E N T<br>**Superseding**<br><br>Title 18, U.S.C., Sec. 2251(a) and (e) - Sexual Exploitation of a Child; Title 18, U.S.C., Sec. 2252(a)(2) - Receipt of Material Involving the Sexual Exploitation of Minors; Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Material Involving the Sexual Exploitation of Minors; Title 18, U.S.C., Sec. 2253(a) and (b) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about and between May 16, 2012, and November 8, 2012, within the Southern District of California and elsewhere, defendant JEREMY ANDREW SMITH, aka kitebladier, did employ, use, persuade, induce, entice and coerce a minor (LM) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: clip0166, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction has actually been transported and transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate and

HHH:sj:San Diego
10/30/13

foreign commerce and mailed; in violation of Title 18, United States Code, Sections 2251(a) and (e).

## Count 2

On or about and between May 16, 2012, and November 8, 2012, within the Southern District of California and elsewhere, defendant JEREMY ANDREW SMITH, aka kitebladier, did employ, use, persuade, induce, entice and coerce a minor (LM) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: clip0196, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction has actually been transported and transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce and mailed; in violation of Title 18, United States Code, Sections 2251(a) and (e).

## Count 3

On or about and between June 12, 2012, and November 8, 2012, within the Southern District of California and elsewhere, defendant JEREMY ANDREW SMITH, aka kitebladier, did employ, use, persuade, induce, entice and coerce a minor (LM) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: clip0202, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction has actually been transported and transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce and mailed; in violation of Title 18, United States Code, Sections 2251(a) and (e).

//
//

### Count 4

On or about and between June 12, 2012, and November 8, 2012, within the Southern District of California and elsewhere, defendant JEREMY ANDREW SMITH, aka kitebladier, did employ, use, persuade, induce, entice and coerce a minor (LM) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: clip0206, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction has actually been transported and transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce and mailed; in violation of Title 18, United States Code, Sections 2251(a) and (e).

### Count 5

On or about and between June 15, 2012, and November 8, 2012, within the Southern District of California and elsewhere, defendant JEREMY ANDREW SMITH, aka kitebladier, did employ, use, persuade, induce, entice and coerce a minor (LM) to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit: clip0217, and for the purpose of transmitting a live visual depiction of such conduct, which visual depiction has actually been transported and transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate and foreign commerce and mailed; in violation of Title 18, United States Code, Sections 2251(a) and (e).

//
//
//
//

## Count 6

On or about November 6, 2012, within the Southern District of California, defendant JEREMY ANDREW SMITH, aka kitebladier, did knowingly receive a visual depiction, that is a digital and computer image, to wit: pthc 10y girl in pool and room nude show (expuntitos)(4).flv, using any means and facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

## Count 7

On or about November 8, 2012, within the Southern District of California, defendant JEREMY ANDREW SMITH, aka kitebladier, did knowingly possess one or more matters, that is a Cooler Master Tower Computer, which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

//

4

## Count 8

On or about November 8, 2012, within the Southern District of California, defendant JEREMY ANDREW SMITH, aka kitebladier, did knowingly possess one or more matters, that is an Alienware Laptop computer, which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 8 of this Indictment are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2253(a)(3).

2. Upon conviction of one or more of the offenses alleged in Counts 1 through 8, which involve violations of Title 18, United States Code, Sections 2251(b) and (e), 2252(a)(2) and Sections (a)(4), defendant JEREMY ANDREW SMITH, aka kitebladier, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all right, title and interest in:

    a. any visual depictions described in section 2252, and any matter which contains any such visual depictions;

    b. any property, real or personal, constituting or traceable to gross profits of the offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of said offense, including but not limited to the following personal property:

        i. Any and all images of child pornography, as defined in Title 18, United States Code, Section 2256.

        ii. Cooler Master Tower computer

        iii. Alienware laptop computer

        iv. HTC Thunderbolt cellular telephone

        v. Apple iPad3

        vi. Samsung SPH-D710 cellular telephone

//
//

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Sections 2253(a) and (b).

DATED: October 30, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
HELEN H. HONG
Assistant U.S. Attorney

7