UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JEREMY ANDREW SMITH, <br> aka "kitebladier," <br> Defendant. | Case No. 13-CR-2387-JM <br><br> SUPERSEDING INFORMATION <br><br> Title 18, U.S.C. § 2422(b) <br> Attempted Coercion and Enticement <br> (Felony) |

FILED
FEB - 6 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The United States Attorney charges:

Count One

On or about October 24, 2012, within the Southern District of California and elsewhere, the defendant, JEREMY ANDREW SMITH, aka "kitebladier," using any facility and means of interstate and foreign commerce, including the mail, telephone and by computer, did knowingly persuade, induce, entice, and coerce, an individual under the age of 18 years, to wit: minor female (age 12) to engage in unlawful sexual activity for which a person can be charged with a criminal offense, to wit: 18 U.S.C. § 2251 (sexual exploitation of a minor) and attempted to do so; in violation of Title 18, United States Code, Section 2422(b).

Dated: Feb 6, 2014

LAURA E. DUFFY
United States Attorney

Helen H. Hong
Assistant United States Attorney

1