UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>JEREMY ANDREW SMITH,<br><br>               Defendant. | Criminal Case No. 13cr2387 JM<br><br>Amended<br>ORDER ACCEPTING GUILTY PLEA |

    No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Skomal are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Superseding Information filed February 6, 2014.

DATED: June 4, 2015

                                          Hon. Jeffrey T. Miller
                                          United States District Judge